# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

132862

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JODY DENNIS FAY,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132862
COA: 271763
Oakland CC: 05-200520-FH

     On order of the Court, the application for leave to appeal the November 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____

Clerk

t0830